# EXHIBIT 10

-------- Original message --------
From: Celene Domitrovich <celenedomitrovich@gmail.com>
Date: 2/22/19 11:24 PM (GMT-05:00)
To: Jason Niles <JNiles@channing-bete.com>
Subject: PATHS sale to █████████

Dear Jason,

I am replying to your letter from January 22, 2019 notifying me that Channing-Bete is selling the PATHS Program to █████████. Your letter did not ask for my consent and this concerns me because the agreement I signed with CBC in 2004 states that "This Agreement may be assigned by Licensee pursuant to a merger or a sale of all or substantially all of Licensee's capital stock, assets or business."  Is CBC selling all of its capital stock, assets, or business to █████████? Could you please clarify what is happening?

As you may know, I have worked closely with PATHS Education Worldwide (PEW) and think highly of the organization so I believe it should be allowed to continue its good work no matter who inherits the PATHS program. PEW has made a substantial contribution to sales of PATHS and this directly affects my royalties. If the sale is not one for all of CBC's stock, assets, or business, then at this point I have not consented to this assignment, and I may withhold such consent until I am assured that PEW has an agreement with █████████ to protect PEW's rights going forward.

Thank you for your consideration,

Celene Domitrovich